COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-235-CV

 

IN RE RICKY DERZAPF                                                             RELATOR

                                               -----------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus, the response of the real parties in interest,
and relator=s reply, and is of the opinion
that relief should be denied. 
Accordingly, relator=s
petition for writ of mandamus is denied. 
In addition, this court vacates its June 30, 2006 order that stayed the
section entitled AVisitation@ in the
February 1, 2006 trial court order in cause number 158,558-B, pending in the 89th
District Court of Wichita County, Texas.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

PANEL A:   HOLMAN, GARDNER, and
MCCOY, JJ. 








 

DELIVERED: July 25, 2006











    [1]See
Tex. R. App. P. 47.4.